```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

United States of America

    v.                              2:10-cr-145-2

Anna L. Montgomery

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 70) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 4 of the indictment, and she is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: November 5, 2010           <u>     s\James L. Graham     </u>
                                           James L. Graham
                                           United States District Judge